**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MICHAEL J. WAPPLER,

        Petitioner,                      Case Number: 04-CV-72825

v.                                                PAUL D. BORMAN
                                                       UNITED STATES DISTRICT JUDGE

DOUGLAS VASBINDER,

        Respondent.
_____/

**ORDER DENYING PETITIONER'S MOTION FOR LEAVE**
**TO PROCEED ON APPEAL *IN FORMA PAUPERIS***

Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 30, 2006, the Court issued an Opinion and Order (1) Denying Petition for Writ of Habeas Corpus and (2) Declining to Issue Certificate of Appealability. *See Wappler v. Vasbinder*, No. 04-72825, 2006 WL 3469630 (E.D. Mich. Nov. 30, 2006) (unpublished). Now before the Court is Petitioner's Motion for Leave to Proceed On Appeal *in forma pauperis*. (Docket No. 62). A petitioner may only appeal issues in a habeas corpus petition for which a court has granted a Certificate of Appealability. 28 U.S.C. § 2253(c).

The Court finds Petitioner's motion is moot, since the Court denied Petitioner a Certificate of Appealability on all issues presented in his habeas petition. *Wappler,* 2006 WL 3469630, at *16; *see In re* Certificates of Appealability, 106 F.3d 1306, 1307-08 (6th Cir. 1997). Therefore, the Court **DENIES** Petitioner's Motion for Leave to Proceed On Appeal *in*

*forma pauperis.*

**SO ORDERED**.

                                              s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  January 24, 2007

                                    CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 24, 2007.

                                              s/Denise Goodine
                                              Case Manager